

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00011-CV

| | | |
|---|---|---|
| LUELLA SHAW, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-300555-18) |
| V. | § | September 3, 2020 |
| WELLS FARGO BANK, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Luella Shaw must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr